IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
18 APR -3 PM 12: 11
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
         DEPUTY CLERK

| | | |
|---|---|---|
| FARM & RANCH PUBLISHING, LLC, | § | |
| PLAINTIFF, | § | |
| | § | |
| V. | § | CIVIL NO. A-18-CV-081-LY |
| | § | |
| KELLER WILLIAMS REALTY, INC., | § | |
| DEFENDANT. | § | |

## FINAL JUDGMENT

Before the court is the above entitled cause. On March 28, 2018, Plaintiff filed a Notice of Dismissal with Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(I) (Doc. #7). The court has reviewed and approves the notice of dismissal. Accordingly, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS HEREBY ORDERED** that the case hereby **CLOSED**.

SIGNED this _3rd_ day of April, 2018.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE